UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | |
|---|---|
| JASON HAAS, on behalf of herself and all other similar situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GENERAL MOTORS LLC and GENERAL MOTORS COMPANY,<br><br>　　　　　Defendants. | 4:19-CV-04077-KES<br><br>JUDGMENT |

　　　Under the Notice of Dismissal with Prejudice, it is

　　　ORDERED, ADJUDGED, AND DECREED that the above entitled action is dismissed with prejudice and the parties shall bear their own costs, expenses, and attorney fees.

　　　DATED July 17, 2019.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　/s/ *Karen E. Schreier*　　　　　　　
　　　　　　　　　　　　　　　　　　KAREN E. SCHREIER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE